**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN ANTHONY MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:14-cv-00578-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 2)** |

　　　　Plaintiff Steven Anthony Martinez ("Plaintiff") filed a complaint on April 21, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's application to proceed *in forma pauperis* is GRANTED;

　　　　2.　　The Clerk of Court is DIRECTED to issue a summons; and

　　　　3.　　The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

　　Dated:   **May 13, 2014**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE