# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY MARTINEZ,

         Plaintiff,

   v.

CAROLYN COLVIN, Acting Commissioner
of Social Security,

         Defendant.
_____/

Case No.  1:14-cv-00578-SKO

**ORDER GRANTING DEFENDANT'S
STIPULATED REQUEST FOR AN
EXTENSION OF TIME**

On February 2, 2015, Defendant filed a stipulated request seeking an extension of time to March 6, 2015, to file her opposition brief.  (Doc. 15.)  Defendant states that the extension is necessary because the case was recently reassigned to Defendant's counsel, and counsel requires additional time to draft the opposition brief.

Accordingly, IT IS HEREBY ORDERED that:

1.    The parties' stipulated request for an extension of time is GRANTED;

2.    Defendant's opposition brief will be due on or before March 6, 2015; and

3.    Plaintiff may file an optional reply brief on or before March 26, 2015.

IT IS SO ORDERED.

Dated:  __**February 4, 2015**__           _____**/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE