1
2                        **UNITED STATES DISTRICT COURT**
3                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**
4

5  STEVEN ANTHONY MARTINEZ,                    **CASE NO. 1:14-cv-00578-SKO**
6               Plaintiff,
7       v.                                     **ORDER AWARDING EAJA FEES PURSUANT TO THE PARTIES' STIPULATION**
8
9  CAROLYN W. COLVIN,
   Acting Commissioner of Social Security,
10                                             **(Doc. )**
11              Defendant.
12  _____/
13

14       On November 3, 2015, the parties filed a stipulation that Plaintiff is to be awarded
15  $3,500 in attorneys fees and costs under the Equal Access to Justice Act.
16       Accoridngly, it is HEREBY ORDERED that Plaintiff is awarded $3,500 in EAJA fees
17  and costs pursuant to the terms of the parties' November 3, 2015, stipulation.
18
19  IT IS SO ORDERED.
20  Dated:   **November 9, 2015**                         **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28